# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-0089 |
| WILMER PUELLO-MORA | SECTION "C" |

### ORDER AND REASONS

Before the Court is defendant's motion for production of the appellate record at no charge for purposes of perfecting his appeal. Rec. Doc. 154. "[A] criminal defendant has a right to a record on appeal which includes a complete transcript of the proceedings at trial." *United States v. Selva*, 559 F.2d 1303, 1305 (5th Cir. 1977) (citing *Hardy v. United States*, 375 U.S. 277, 84 S.Ct. 424, 11 L.Ed.2d 331 (1964)). However, the Court may only direct the preparation of an appellate record at no charge if the defendant "submits an affidavit that includes a statement of all assets [he] possesses [and] that [he] is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1), (c). The affidavit must also indicate which issues the prisoner intends to pursue on appeal. *Id.*

Defendant did not provide an affidavit that entitled him to proceed *in forma pauperis* on appeal. He may submit another motion with such an affidavit, at which time the Court will be able to decide whether he can proceed *in forma pauperis* on appeal, and if so, it will grant him a transcript at the government's expense.

IT IS ORDERED that defendant's motion is DENIED. Rec. Doc. 154.

New Orleans, Louisiana, this 3rd day of October, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE